### MAECKER *v.* MAECKER.

HILL, J. Under the pleadings and evidence in this case the court did not err in awarding to the defendant $25 attorneys' fees and $30 per month temporary alimony.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent for providential cause.*

No. 4709. MAY 12, 1925.

Divorce and alimony. Before Judge Humphries. Fulton superior court. December 20, 1924.

*Frank T. Grizzard* and *Claude C. Smith,* for plaintiff.
*Howard Stevens,* for defendant.